IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>-vs-<br><br>My Doctors Live, LLC, Jorant Wellness, LLC and Health and Life Networking, LLC,<br><br>Defendants. | Case No. 2:24-cv-06361-DCN |

    Counsel for the Plaintiff in the above-captioned matter, hereby affirms that he served the Defendant My Doctor's Live on November 12, 2024 with a copy of the Summons, Complaint, by personal service by filing the attached Affidavit of Service.

Respectfully submitted,

                                                                                                                  DAVE MAXFIELD, ATTORNEY, LLC

                               By:    s/ Dave Maxfield_____
                                                    David A. Maxfield, Esq., Fed ID 6293
                                                      P.O. Box 11865
                                                      Columbia, SC 29211
                                                      803-509-6800
                                                      855-299-1656 (fax)
                                                      dave@consumerlawsc.com
                                                      *Attorney for Jay Connor*

DATED: November 14, 2024

Charleston, South Carolina