# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| JAY CONNOR, individually and on behalf of a class of persons and entities similarly situated<br><br>*Plaintiff*<br><br>v.<br><br>MY DOCTORS LIVE, LLC, JORANT WELLNESS, LLC, HEALTH AND LIFE NETWORKING, LLC<br><br>*Defendant* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:24-cv-06361-DCN |

## AFFIDAVIT OF SERVICE

I, Acirema Torres Ovies , state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Shelly Shiflet in Polk County, FL on November 12, 2024 at 8:23 am at 180 Fitzgerald Road, suite 2, Lakeland, FL 33813 by residential substituted service by leaving the documents at the usual place of abode of Shelly Shiflet with Kim Kart who is the Registered Agent of Shelly Shiflet and whose age is 18 years or older.

SUMMONS

Additional Description:
Kim kart accepted the document she is the agent authorized on the business

White Female, est. age 45-54, glasses: N, Blonde hair, 160 lbs to 180 lbs, 4' 6" to 4' 9".
Geolocation of Serve: https://google.com/maps?q=27.9528432,-81.9604113
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in _Polk County_, Signature _[signature]_
_17th_ on _November 2024 Thursday_  Acirema Torres Ovies
+1 (813) 750-9343

Exhibit 1a)

